IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:15CV222 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RONSON PAINTING, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court for a Rule 16 planning conference. Laurie M. Barrett, counsel for the plaintiff, appeared by telephone. Rex J. Moats, counsel for the defendant, appeared in person. Progression of the case reviewed.

**IT IS ORDERED:**

1. The plaintiff is given until **March 21, 2016,** to produce the certified record of the administrative proceedings.

2. The defendant is given until **April 4, 2016**, to file any motion for discovery.

Dated this 10th day of February 2016.

                        BY THE COURT:

                        s/ F.A. Gossett, III
                        United States Magistrate Judge